| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 3:02cr103-004/LAC |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 2:07cm1369-MHT  2:07CR274-MHT |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: PAUL BRANDON SWEATT a/k/a Brandy | DISTRICT Florida Northern | DIVISION Pensacola, FL |
| | NAME OF SENTENCING JUDGE Lacey A. Collier, Senior U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 01/19/05  TO 01/18/09 |

Received 2007 OCT 29 A 10:14
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**OFFENSE**

Conspiracy to Possess with Intent to Distribute 500 Grams or More of Cocaine, 21 U.S.C. §§ 841(a)(1)(b)(1)(B)(ii) and 846

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

16 July 07
*Date*

*/s/ LA Collier*
*Senior United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/17/2007
*Effective Date*

*United States District Judge*

