PROB 12B
(7/93)

# United States District Court

## for

## Middle District of Alabama

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
### *(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Paul Brandon Sweatt                 Case Number: 2:07cr274-MHT
                                                      (Formerly ND/FL #3:02cr103-004-LAC)

Name of Sentencing Judicial Officer: The Honorable Lacey A. Collier, U.S. District Judge

Date of Original Sentence: April 22, 2003

Original Offense:        Conspiracy to Possess With Intent to Distribute 500 Grams or More of Cocaine

Original Sentence:       24 months custody with four (4) years supervised release

Type of Supervision: Supervised Release             Date Supervision Commenced: January 19, 2005

Assistant U.S. Attorney: Edwin Knight (ND/FL)       Defense Attorney: Dennis Corder (ND/FL)

## PETITIONING THE COURT

[ ]      To extend the term of supervision for __ years, for a total term of __ years.
[X]      To modify the conditions of supervision as follows:


**The offender shall serve five (5) consecutive 48 hour jail terms in a jail-type facility under contract to the Federal Bureau of Prisons(BOP).  The offender shall surrender Monday of each week not later than 12:01 p.m. and be released not later than 12:01 p.m. the following Wednesday.  The exact date to begin this modification of supervised release will be as directed by the USPO.**


## CAUSE

On October 10, 2007, the probation officer was informed that Paul Brandon Sweatt was arrested by a deputy with the Montgomery Sheriff's Office in Montgomery, Alabama, after being cited for driving under the influence (D.U.I.) (#TR-2007-028687); failure to signal (#TR-2007-028686); open container violation (#TR2007-028685); and, he was cited for speeding while traveling 94 miles per hour in a zone requiring 50 miles per hour (#TR-2007-028684).  Sweatt pled guilty to all four traffic violations on October 18, 2007.  As a result, he was ordered to pay a combined total of $650 in fines and $364 in court costs.  He was also ordered to attend D.U.I. school and has an appointment with a court referral officer on November 14, 2007.

As a result of the new arrest, the probation officer respectfully asks the court to modify the offender's terms and conditions of supervised release as indicated above.  Paul Brandon Sweatt has agreed to this proposed modification and a signed copy of his waiver has been attached to this report.

PROB 12B
(7/93)

2

Respectfully submitted,

by    /s/ Daphne P. Willcox
U.S. Probation Officer
Date: November 2, 2007

Reviewed and approved:    /s/ David Ron Thweatt
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Other

/s/ Myron H. Thompson
Signature of Judicial Officer

November 2, 2007
Date