

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
PROBATION OFFICE

# MEMORANDUM

November 19, 2007

**TO:**          **THE HONORABLE MYRON H. THOMPSON**
               **U.S. DISTRICT JUDGE**

**FROM:**      **DAPHNE P. WILLCOX**
               **U. S. PROBATION OFFICER**

**RE:**          **PAUL BRANDON SWEATT**
               **DKT.#: 2:07cr274-MHT**

On November 2, 2007, the court approved a request to modify the terms and conditions of the offender's supervised release term by requiring that he serve five consecutive 48 hour jail terms as a result of being convicted of driving under the influence of alcohol and for related traffic violations. The probation officer submitted the required paperwork to the Federal Bureau of Prisons (BOP) and was informed that the wording would need to be revised as custody can only be applied to days and not hours. Therefore, the request for modification has been revised to reflect the BOP requirement.

Respectfully submitted,

/s/ Daphne P. Willcox
United States Probation Officer

Reviewed and approved:

/s/ David Ron Thweatt
Supervisory U. S. Probation Officer