PROB 12B
(7/93)

# United States District Court

for

## Middle District of Alabama

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Paul Brandon Sweatt         Case Number: 2:07cr274-MHT
                                              (Formerly ND/FL #3:02cr103-004-LAC)

Name of Sentencing Judicial Officer: The Honorable Lacey A. Collier, U.S. District Judge

Date of Original Sentence: April 22, 2003

Original Offense:     Conspiracy to Possess With Intent to Distribute 500 Grams or More of Cocaine

Original Sentence:    24 months custody with four (4) years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: January 19, 2005

Assistant U.S. Attorney: Edwin Knight (ND/FL)    Defense Attorney: Dennis Corder (ND/FL)

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.
[X]   To modify the conditions of supervision as follows and dismiss the previous modification request (Doc. No. 3):

**The offender shall serve five (5) consecutive jail terms in a jail-type facility under contract to the Federal Bureau of Prisons(BOP). The offender shall surrender Monday of each week not later than 12:01 p.m. and be released not later than 12:01 p.m. the following Wednesday. The exact date to begin this modification of supervised release will be as directed by the USPO.**

## CAUSE

On October 10, 2007, the probation officer was informed that Paul Brandon Sweatt was arrested by a deputy with the Montgomery Sheriff's Office in Montgomery, Alabama, after being cited for driving under the influence (D.U.I.) (#TR-2007-028687); failure to signal (#TR-2007-028686); open container violation (#TR2007-028685); and, he was cited for speeding while traveling 94 miles per hour in a zone requiring 50 miles per hour (#TR-2007-028684). Sweatt pled guilty to all four traffic violations on October 18, 2007. As a result, he was ordered to pay a combined total of $650 in fines and $364 in court costs. He was also ordered to attend D.U.I. school and has an appointment with a court referral officer on November 14, 2007.

PROB 12B
(7/93)

2

As a result of the new arrest, the probation officer respectfully asks the court to modify the offender's terms and conditions of supervised release as indicated above. Paul Brandon Sweatt has agreed to this proposed modification and a signed copy of his waiver has been attached to this report.

                              Respectfully submitted,

        by     /s/ Daphne P. Willcox
                U.S. Probation Officer
                Date: November 19, 2007

Reviewed and approved:   /s/ David Ron Thweatt
                            Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[ ]    The modification of conditions as noted above and the dismissal of the previous modification request (Doc. No. 3) dated November 2, 2007.
[ ]    Other

                              Signature of Judicial Officer

                              Date

PROB 49

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

**WAIVER OF HEARING TO MODIFY CONDITIONS OF**
**PROBATION/SUPERVISED RELEASE OR EXTEND TERM OF SUPERVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Number: |
| | ) | |
| PAUL BRANDON SWEATT | ) | |

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation or Supervised Release or to the proposed extension of my term of supervision:

**The offender shall serve five (5) consecutive jail terms in a jail-type facility under contract to the Federal Bureau of Prisons(BOP). The offender shall surrender Monday of each week not later than 12:01 p.m. and be released not later than 12:01 p.m. the following Wednesday. The exact date to begin this modification of supervised release will be as directed by the USPO.**

_____
Paul Brandon Sweatt
Supervised Releasee

Witness:

_____
Daphne P. Willcox
United States Probation Officer

November 19, 2007
Date