PAUL BRANDON SWEATT
DKT. No. 2:07cr274-MHT
Prob 12C
(Rev. 1/05)

# UNITED STATES DISTRICT COURT RECEIVED

for

2008 MAR 20 P 3: 18

## MIDDLE DISTRICT OF ALABAMA

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   Paul Brandon Sweatt          Case Number:    2:07cr274-MHT
                                                                 (Formerly 3:02cr00103-004-LAC)

Name of Sentencing Judicial Officer:    The Honorable Lacey A. Collier, U.S. District Judge (Northern District of Florida)

Date of Original Sentence:    April 22, 2003

Original Offense:    Conspiracy to Possess With Intent to Distribute 500 Grams or More of Cocaine

Original Sentence:    24 months custody of BOP followed by a 4 year term of supervised release

Type of Supervision:    Supervised Release    Date Supervision Commenced:    January 19, 2005

Assistant U.S. Attorney:    Edwin F. Knight (ND/FL)    Defense Attorney:    Dennis Jay Corder (ND/FL)

---

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Viol. 1 (Mandatory Condition): "While on supervised release, the defendant shall not commit another federal, state or local crime..." | On or about March 11, 2008, Paul Brandon Sweatt was arrested by an officer with the Prattville Police Department for Driving Under the Influence. Additionally, he was cited for Improper Lane Usage. |
| Viol. 2 (Standard Condition #7): "The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic, or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician." | On or about March 11, 2008, an officer with the Prattville Police Department and an Alabama State trooper measured Paul Brandon Sweatt's alcohol level via a field testing instrument and determined it to register .086%. A breath analyzer administered to Sweatt at the jail in Prattville resulted in his alcohol level measuring .06%. |

PAUL BRANDON SWEATT
DKT. No. 2:07cr274-MHT
Prob 12C
(Rev. 1/05)

U.S. Probation Officer Recommendation:

[X] The term of supervision should be

    [X] revoked.

    [ ] extended for _____ years, for a total term of _____ years.

[ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      March 18, 2008

/s/ Daphne P. Willcox

U.S. Probation Officer

APPROVED:

/s/ David Ron Thweatt

Supervisory U. S. Probation Officer

---

THE COURT ORDERS:

[ ] No action.

[ ] The issuance of a warrant.

[ ] The issuance of a summons.

[ ] Other

Signature of Judicial Officer

Date