### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO: 2:07cr274-MHT |
| ) | |
| PAUL BRANDON SWEATT ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Aylia McKee, and enters her appearance on behalf of Defendant, **PAUL BRANDON SWEATT,** in the above-styled matter.

Dated this 28th day of March, 2008.

                                                               Respectfully submitted,

                                                               s/ Aylia McKee
                                                               AYLIA MCKEE
                                                               Assistant Federal Defender
                                                               201 Monroe Street, Suite 407
                                                               Montgomery, Alabama 36104
                                                               Phone: (334) 834-2099
                                                               Fax: (334) 834-0353
                                                               E-mail: aylia_mckee@fd.org
                                                               ASB-6178-A39M

# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | )   CASE NO: 2:07cr274-MHT |
| | ) |
| PAUL BRANDON SWEATT | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Louis Franklin, Assistant United States Attorney.

Respectfully submitted,

s/ Aylia McKee
AYLIA MCKEE
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: aylia_mckee@fd.org
ASB-6178-A39M