IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:07cr274-TMH |
| | ) | |
| PAUL BRANDON SWEATT | ) | |

**O R D E R**

It is CONSIDERED and ORDERED that a supervised release revocation hearing

is hereby SET on the 9ᵗʰ day of April, 2008, at 10:00 a.m., before the Honorable Truman

M. Hobbs, in Courtroom 2-D, United States Courthouse Complex, One Church Street,

Montgomery, Alabama.

DONE this 31ˢᵗ day of March, 2008.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE