PROB 12B
(7/93)

# United States District Court

## for

## Middle District of Alabama

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Paul Brandon Sweatt           Case Number: 2:07cr274-MHT
                                                (Formerly ND/FL #3:02cr103-004-LAC)

Name of Sentencing Judicial Officer: The Honorable Lacey A. Collier, U.S. District Judge

Date of Original Sentence: April 22, 2003

Original Offense:     Conspiracy to Possess With Intent to Distribute 500 Grams or More of Cocaine

Original Sentence:    24 months custody with four (4) years supervised release

Type of Supervision: Supervised Release           Date Supervision Commenced: January 19, 2005

Assistant U.S. Attorney: Nathan Stump             Defense Attorney: Aliya McKee

## PETITIONING THE COURT

[ ]    To extend the term of supervision for _ years, for a total term of _ years.

[X]    To modify the conditions of supervision as follows and dismiss the pending petition requesting revocation (Doc. No. 8):

"The defendant shall participate in the Home Confinement Program for a period of <u>six (6)</u> months to begin at a time designated by the probation officer. During this time, the defendant will remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant will maintain a telephone at his residence, without a modem, "call forwarding", "Caller ID", "call waiting", or portable cordless telephones, for the above period. At the direction of the probation officer, the defendant shall wear an electronic monitoring device and follow electronic procedures specified by the probation officer."

"The defendant is prohibited from possessing or using any type of alcoholic beverage until the expiration of his supervised release term."

## CAUSE

On or about March 11, 2008, Paul Brandon Sweatt was arrested by an officer with the Prattville Police Department for Driving Under the Influence. Additionally, he was cited for Improper Lane Usage. An officer with the Prattville Police Department and an Alabama state trooper measured Paul Brandon Sweatt's alcohol level via a field testing instrument and determined it to register .086%. A breath analyzer administered to Sweatt at the jail in Prattville resulted in his alcohol level measuring .06%. This is the offender's second citation of this nature within a five-month time frame.

As a result of the new arrest, the probation officer respectfully asks the court to modify the offender's terms and conditions of supervised release as indicated above. Paul Brandon Sweatt has agreed to this proposed modification and a signed copy of his waiver has been attached to this report. The probation officer also respectfully requests that the court verbally admonish the offender for his noncompliant behavior due to the significant risk of harm to the public that this type of behavior creates.

Respectfully submitted,

by  /s/ Daphne P. Willcox
U.S. Probation Officer
Date: April 8, 2008

Reviewed and approved:  /s/ David Ron Thweatt
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The modification of conditions as noted above and the dismissal of the petition submitted on March 20, 2008 (Doc. No. 8).
[ ] Other

Truman Hobbs
Signature of Judicial Officer

April 9, '08
Date